IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER DIXON, | : | Civil No. 3:23-cv-119 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN R. THOMPSON, | : | |
| Respondent | : | |

FILED
SCRANTON
APR 24 2023
PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 24th day of April, 2023, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge